■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. BETH ANN PIENTA, as Successor Executrix of LEE HOLDSWORTH, Deceased, and as Executrix of CAROL A. HOLDSWORTH, Deceased, Respondent, v A.W. CHESTERTON COMPANY et al., Defendants, and CRANE Co., Appellant. (Appeal No. 2.) [34 NYS3d 921]—Appeal from an order of the Supreme Court, Erie County (Jeremiah J. Moriarty, III, J.), entered June 5, 2015. The order denied the motion of defendant Crane Co. for a stay.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR

5501 [a] [1]). Present—Whalen, P.J., Carni, NeMoyer, Troutman and Scudder, JJ.